James E. Mercante (JM 4231)
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FOLKSAMERICA REINSURANCE COMPANY
as successor in interest to CHRISTIANIA
GENERAL INSURANCE COMPANY
OF NEW YORK,

2002 Civ. 3584 (FB) (CLP)

                Plaintiff,

    - against -

STIPULATION
AND ORDER OF
DISCONTINUANCE

CLEAN WATER OF NEW YORK, INC.,

                Defendant.
---------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned parties, having appeared in the above-entitled action and settlement having been effected between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41, Federal Rules of Civil Procedure, and all parties hereby consent that this action, together with all claims and counterclaims, be and hereby are discontinued, with prejudice, and without costs or attorneys fees to any party.

By: *[signature]*
James E. Mercante (JM 4231)
292 Madison Avenue, 11th Floor
New York, New York  10017
(212) 953-2381

MAHONEY & KEANE LLP
Attorneys for Defendant

By: *[signature]* by JEM
Cornelius A. Mahoney (CM 9171)   per telefax
111 Broadway, 10th Floor              authority.
New York, New York 10006
(212) 385-1422

SO ORDERED: *[signature]*
_____
U.S.D.J.           7/25/05

# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:
E-MAIL:
(212) 447-4605
JMERCANTE@RUBINFIORELLA.COM

July 22, 2005

**_Via Hand Delivery_**

Honorable Frederic Block
United States District Judge
United States Courthouse
225 Cadman Plaza East, Room 538
Brooklyn, New York 11201

    Re:    Folksamerica Reinsurance Company
                as successor in interest to Christiania General
                Insurance Company of New York
                v. Clean Water of New York, Inc.
                Civil Action No. 2002 Civ. 3584 (FB)

Dear Judge Block:

    This is to advise that the parties to the captioned litigation settled and electronically filed the enclosed Stipulation and Order of Discontinuance on this date. A courtesy copy of the Stipulation and Order of Discontinuance is enclosed.

                                                      Respectfully,

                                                      James E. Mercante

JEM/sr
Encl.

cc:    **_Via Hand Delivery_**
       Honorable Cheryl L. Pollak
       United States Magistrate Judge
       United States Courthouse
       225 Cadman Plaza East, Room 538
       Brooklyn, New York 11201
       (w/Encl.)

cc: *Via Telefax* *(212) 385-1605*
Cornelius A. Mahoney, Esq.
Mahoney & Keane, LLP
Attorneys for Defendant
(w/Encl.)

RUBIN, FIORELLA & FRIEDMAN LLP